UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RANDY WILLIAM BRAST | § | |
| | § | CIVIL ACTION NO. **4:23-cv-01335** |
| Plaintiff | § | |
| | § | |
| VS. | § | |
| | § | |
| TIAN TIAN FOOT SPA, LLC and | § | |
| BUU Q. DANG | § | |
| | § | |
| Defendants | § | |

## NOTICE OF SETTLEMENT

TO THE HONORABLE U.S. DISTRICT JUDGE:

The Plaintiff and Defendant BUU Q. DANG wish to inform the Court that the instant case and disputes arising out of the issue in controversy have been settled.  Parties are finalizing documents and will submit their dismissal documents within 30 days.  Claims against co-Defendant TIAN TIAN FOOT SPA, LLC have already been dismissed.

DATED: April 23, 2024          Respectfully submitted,

                                             LAW OFFICES OF R. BRUCE THARPE
                                             PO Box 101
                                             Olmito, Texas 78575
                                             (956) 255-5111
                                             (866) 599-2596 - Fax

                            BY:     ***/S/   R. Bruce Tharpe***
                                             R. Bruce Tharpe
                                             Texas State Bar ID No. 19823800
                                             Federal Bar ID 13098
                                             PLAINTIFF'S COUNSEL

CERTIFICATE OF SERVICE

    I, R. Bruce Tharpe, hereby certify that a true and correct copy of the foregoing pleading was served upon all parties of record via email notification from the Southern District of Texas ECF system on 04/23/2024.

*/s/ R. Bruce Tharpe*
R. Bruce Tharpe