United States District Court
Southern District of Texas
**ENTERED**
April 25, 2024
Nathan Ochsner, Clerk

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| RANDY WILLIAM BRAST, | § § § § § | CIVIL ACTION NO 4:23-cv-01335 |
| Plaintiff, | | |
| vs. | § § § | JUDGE CHARLES ESKRIDGE |
| TIAN TIAN FOOT SPA LLC and BUU Q. DANG, | § § | |
| Defendants. | § | |

## ORDER

Plaintiff has provided notice of settlement of his claims against Defendant Buu Q. Dang. Dkt 30.

All claims by Plaintiff against Dang are DISMISSED WITH PREJUDICE.

Plaintiff may move within sixty days to reinstate the claims against above-named Defendant if approval of documentation or condition precedent fails.

Claims against co-Defendant Tian Tian Foot Spa LLC have already been dismissed.

SO ORDERED.

Signed on April 25, 2024, at Houston, Texas.

Hon. Charles Eskridge
United States District Judge