UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| RANDY WILLIAM BRAST § | |
| § | CIVIL ACTION NO. **4:23-cv-01335** |
| Plaintiff § | |
| § | |
| VS. § | |
| § | |
| TIAN TIAN FOOT SPA, LLC and § | |
| BUU Q. DANG § | |
| § | |
| Defendants § | |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FRCP 41(a)(1)

TO THE HONORABLE JUDGE OF SAID COURT:

PLEASE BE ADVISED that the parties in this case, RANDY WILLIAM BRAST Plaintiff and BUU Q. DANG Defendant have reached a resolution of Plaintiff's claims and pursuant to FRCP 41(a)(1)(A)(ii), request dismissal of all claims against Defendant in their entirety and with prejudice.

### STIPULATION

It is stipulated by and between the parties hereto that this action be dismissed with prejudice as to Defendant BUU Q. DANG, and as to all causes of action with each party to bear their own attorney's fees and costs.

DATED:     May 6, 2024     FOR RANDY WILLIAM BRAST Plaintiff

BY:     */S/   R. Bruce Tharpe*
R. Bruce Tharpe
PO Box 101
Olmito, Texas 78575
(956) 255-5111 - Office
(866) 599-2596 - Fax

Texas State Bar ID No. 19823800
Federal Bar ID 13098

DATED:	May 6, 2024	FOR BUU Q. DANG Defendant

BY:   **/S/   Matthew Nguyen**
Mr. Matthew Nguyen
TYJ Attorneys, PLLC
3315 Big Sky Pass
Missouri City, Texas 77459
Telephone (281) 818-8222
matnguyen@yahoo.com
Texas State Bar ID No. 24067797
Southern District of Texas ID No. 7522556